UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: MARINA TRUBITSKY, ESQ. - 1422

TADEUSZ KOWALEWSKI ET AL

                                      Plaintiff(s)

- against -

RUDOLPH SAMANDAROV A/K/A RUDY SAMANDAROV ET AL

                                      Defendant(s)

Index #: 07 CIV 6706

Purchased: August 2, 2007
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 8, 2007 at 10:30 AM at

THE OFFICE OF THE SECRETARY OF STATE
41 STATE STREET
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & VERIFIED COMPLAINT on BC LEASING CORP., the defendant/respondent therein named.

**SECRETARY OF STATE**    by delivering two true copies to MS. AMY LESCH personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 25 | 5'7 | 185 |

Sworn to me on: August 9, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 495371