UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA, individually and on behalf of other similarly situated, | Defendants' Rule 7.1 Statement |
| Plaintiffs, | |
| v. | Civil Action No. 07 CIV 6706 |
| RUDOLF SAMANDAROV a/k/a RUDY SAMANDAROV, GROUP AMERICAR TRANSPORTATION LLC, BC LEASING, CORP. and individual partners of corporate defendants, | (KMK) (MHD) |
| Defendants. | |

-------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants Group Americar Transportation LLC and BC Leasing Corp. (which are private non-governmental parties) certifies that such limited liability company and corporation including any parent company, affiliate and/or subsidiaries of said parties are not publicly held.

Dated:   September 8, 2007                     s/Eric B. Kaviar ek0557
                                               Eric B. Kaviar, Esq.
                                               712 Third Avenue
                                               Brooklyn, New York  11232
                                               (718) 965-6146

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
TADEUSZ KOWALEWSKI, NICHOLAS
KLIMIUK, OLEG LOGUNOVSKI and                  Defendants'
STANISLAW PUCHALA, individually and on        Rule 7.1 Statement
behalf of other similarly situated,

        Plaintiffs,

                                                      Civil Action No.
        v.                                            07 CIV 6706

RUDOLF SAMANDAROV a/k/a RUDY                  (KMK) (MHD)
SAMANDAROV, GROUP AMERICAR
TRANSPORTATION LLC, BC LEASING,
CORP. and individual partners of corporate
defendants,

        Defendants.
-------------------------------------------------------------

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants Group Americar Transportation LLC and BC Leasing Corp. (which are private non-governmental parties) certifies that such limited liability company and corporation including any parent company, affiliate and/or subsidiaries of said parties are not publicly held.

Dated:   September 8, 2007               s/Eric B. Kaviar ek0557
                                                            Eric B. Kaviar, Esq.
                                                            712 Third Avenue
                                                            Brooklyn, New York  11232
                                                            (718) 965-6146

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA, individually and on behalf of other similarly situated, | Certificate of Service |
| Plaintiffs, | |
| v. | Civil Action No. 07 CIV 6706 |
| RUDOLF SAMANDAROV a/k/a RUDY SAMANDAROV, GROUP AMERICAR TRANSPORTATION LLC, BC LEASING, CORP. and individual partners of corporate defendants, | (KMK) (MHD) |
| Defendants. | |

------------------------------------------------------------

I hereby certify that a copy of the Rule 7.1 Statement submitted on behalf of Defendants Group Americar Transportation LLC and BC Leasing Corp. was mailed by First Clas Mail postage pre paid on September 8, 2007 to Marina Trubitsky and Associates, 11 Broadway, Suite 861, New York, New York 10004.

Dated:   September 8, 2007                s/Eric B. Kaviar ek0557
                                          Eric B. Kaviar, Esq.
                                          712 Third Avenue
                                          Brooklyn, New York 11232
                                          (718) 965-6146