09/26/07 15:25 FAX 17187685077    CONCORD LIMOUSINE    ☒001
SEP-26-2007 10:48    LAW OFFICE    P.02/03

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

RUDOLF SAMANDAROV a/k/a RUDY SAMANDAROV, GROUP AMERICAR TRANSPORTATION LLC, BC LEASING, CORP., and individual partners of corporate defendants,

    Defendants.

Civil Action No. 07 CIV 6706 (RJS)

STIPULATION



IT IS HEREBY STIPULATED AND AGREED TO by and between the attorneys for Plaintiffs and Defendants that Plaintiffs' time to respond to Defendants' Counterclaims is extended to October 26, 2007.

IT IS FURTHER STIPULATED AND AGREED TO that Plaintiffs will extend Defendants a courtesy of consenting to a reasonable extension of time next time Defendants request one.

IT IS FURTHER STIPULATED AND AGREED TO that the facsimile transmission of this stipulation has the same force and effect as the original for the purposes of filing.

Dated: New York, New York
      September 26, 2007

By: Marina Trubitsky, Esq. (MT-9371)
Marina Trubitsky & Associates, PLLC
Attorneys for Plaintiffs
11 Broadway, Suite 861
New York, New York 10004
(212) 732-7707

Brooklyn, New York
September 26, 2007

By: Eric B. Kaviar, Esq. (EK-0557)
Attorneys for Defendants
712 Third Avenue
Brooklyn, New York 11232
(718) 965-6146

SO ORDERED
Dated: 10/1/07

RICHARD J. SULLIVAN
U.S.D.J.

TOTAL P.02