UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

**Tadeusz Kowalewski, et al**

        **Plaintiffs,**

-v-

**Rudolf Samandarov, et al**

        **Defendants.**

Case No.07-cv-6706 (RJS)

ORDER SETTING
PRE- MOTION CONFERENCE

RICHARD J. SULLIVAN, District Judge:

    The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on October 10, 2007 at 11:15am in the United States Courthouse for the Southern District of New York, Courtroom 21C- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    October 3, 2007
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE