UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

TADEUSZ KOWALEWSKI, et al,

    Plaintiffs,

-v-

RUDOLF SAMANDAROV, et al,

    Defendants.

No. 07 Civ. 6706 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on October 10, 2007, the Court adopted the following schedule:

> Defendant shall file and serve its motion to compel arbitration not later than October 31, 2007.
>
> Plaintiff's opposition papers shall be filed and served upon opposing counsel not later than November 21, 2007.
>
> Defendant's reply shall be filed and served not later than November 28, 2007.

SO ORDERED.

Dated:    New York, New York
          October 10, 2007

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE