UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA, individually and on behalf of others similarly situated,

                   Plaintiffs,

v.

RUDOLF SAMANDAROV a/k/a RUDY SAMANDAROV, GROUP AMERICAR TRANSPORTATION LLC, BC LEASING, CORP., and individual partners of corporate defendants,

                   Defendants.

------------------------------------------

Civil Action No. 1:07-cv-06706 (RJS) (GWG)

**REPLY TO COUNTERCLAIMS**

      Plaintiffs TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA ("Plaintiffs") as and for their reply to the Counterclaims of Defendants RUDOLF SAMANDAROV a/k/a RUDY SAMANDAROV, GROUP AMERICAR TRANSPORTATION LLC, BC LEASING, CORP., aver as follows:

1. Deny each and every allegation contained in paragraphs 13, 16, 22, 23, 24, 27, 28, 33, 38, 42, 45, 48, 50, 52.

2. Deny knowledge and information to form a belief as to paragraphs 11, 12, 14, 15, 17, 18, 19, 20, 21, 25, 26, 29, 30, 31, 32, 34, 35, 36, 37, 39, 40, 41, 43, 44, 47, 49, 51.

      **WHEREFORE,** the replying Plaintiffs TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA, demand judgment dismissing the Defendants RUDOLF SAMANDAROV a/k/a RUDY

2

SAMANDAROV, GROUP AMERICAR TRANSPORTATION LLC, BC LEASING, CORP.'s Counterclaims, together with costs, disbursements, attorney's fees, and any other and further relief this Court may deem just and proper.

Dated: New York, New York
       October 26, 2007

                          By:    _____/s/_____
                                  Marina Trubitsky, Esq. (MT-9371)
                                  Marina Trubitsky & Associates, PLLC
                                  *Attorneys for Plaintiffs*
                                  TADEUSZ KOWALEWSKI, NICHOLAS KLIMIUK, OLEG LOGUNOVSKI and STANISLAW PUCHALA
                                  11 Broadway, Suite 861
                                  New York, New York 10004
                                  (212) 732-7707