**MARINA TRUBITSKY & ASSOCIATES, PLLC**
11 Broadway, Suite 861, New York, N.Y. 10004
(212) 732-7707
(212) 732-7708 (fax)

November 26, 2007

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    **Kowalewski et. al. v. Rudolf Samandarov**
            **Civil Action No. 07 CIV 6706**

Dear Judge Sullivan:

      We represent Plaintiffs in the above captioned action. Pursuant to the Court Scheduling Order of October 10, 2007, Plaintiffs were supposed to file opposition papers to Defendants' Motion to Dismiss the Complaint by November 21, 2007. However, on November 21, 2007, the ECF service of this Court was not operational after 4 PM and Plaintiffs were unable to file the opposition papers (see Notice to the Bar, attached hereto). Accordingly, Plaintiffs are filing the opposition papers today, the first day the ECF service is operational.

                                        Very truly yours,
                                        MARINA TRUBITSKY & ASSOCIATES, PLLC

                                        s/

                                        By: Marina Trubitsky (MT - 9371)

