Eric B. Kaviar
Attorney
712 Third Avenue
Brooklyn, NY 11232
(718) 965-6146
ericbkaviar@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

November 27, 2007

Ms. Eileen Levine
Chambers of the Honorable Richard J. Sullivan
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   Kowalewski et al v Samandarov et al, 07 CIV 6706

Dear Ms. Levine:

I represent the defendants in the above caption action and this letter confirms our telephone conversation today. I ask that the Court to revise its scheduling of filing documents in response to my application on behalf of the defendants to dismiss this case.

Currently my time to reply is tomorrow, November 28, 2007. However plaintiffs failed to timely send me a thirty page declaration of one of the plaintiffs until yesterday, November 26, 2007. Plaintiffs were scheduled to send it to me no later then Wednesday, November 21, 2007. Attorney Boris Gelfand of the law offices of Marina Trubitsky consents to my request for a one week adjournment to file my reply which would be Wednesday, December 5, 2007.

Please grant me an additional week on behalf of defendants to reply to the pending motion to dismiss the above captioned case.

Respectfully Submitted,

EK0557
Eric B. Kaviar

EBK/lk

cc:   Boris Gelfand By Fax (212) 732-7708

*Defendants reply brief is to be filed no later than Dec. 5, 2007.*

SO ORDERED
Date: 11/27/07
RICHARD J. SULLIVAN
U.S.D.J.